UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00558-MOC-DSC

| | | |
|---|---|---|
| **VALERIE A. LOVE-BETHEA,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PATRICK DONAHOE,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the Notice of Lack of Prosecution entered by the

Clerk of Court August 7, 2012. Such notice advised the plaintiff, as follows:

> Summons issued, case docket does not reflect executed return of Summons. It has been more than 120 days since filing of complaint, case docket does not indicate service of process effected therefore the proceeding could be dismissed for want of prosecution FRCP4(m).

Review of the file since that date reveals that plaintiff has taken no steps to move the case

forward and has abandoned the litigation.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is dismissed for want of prosecution.

Signed: March 18, 2013

Max O. Cogburn Jr.
United States District Judge